IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE LEE HAWK, JR.,** | : | Civil No. 3:16-cv-135 |
| **Plaintiff,** | : | |
| v. | : | |
| **MICHAEL OVERMEYER, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 35) is **ADOPTED**.

2) Petitioners' habeas corpus petition filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

3) The court declines to issue a certificate of appealability as the issues are without merit and contrary to the record in this case.

4) The Clerk of Court shall close this file.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 13, 2019